MRS. LOUISE NEWELL v. J. G. NEWELL.

(Filed 17 February, 1932.)

**Appeal and Error J c—Order continuing motion for alimony pendente lite to hearing held not subject to appellate interference.**

> An order continuing a wife's motion for alimony *pendente lite* to the hearing without prejudice to either party is held not to be subject to appellate interference.

APPEAL by plaintiff from *Cowper, Special Judge,* at September Term, 1931, of MECKLENBURG.

Civil action for divorce *a mensa et thoro,* and for alimony *pendente lite.* C. S., 1666.

From an order continuing plaintiff's motion for alimony to the hearing, without prejudice to either party, the plaintiff appeals, assigning errors.

*John Newitt for plaintiff.*
*J. F. Newell and George W. Wilson for defendant.*

STACY, C. J. Conceding, without deciding, that it was error to continue to the hearing plaintiff's motion for alimony *pendente lile,* nevertheless, in the absence of a sufficient showing, which perhaps may yet be made, the refusal to allow the motion is not cause for appellate interference. *Hennis v. Hennis,* 180 N. C., 606, 105 S. E., 274; *Easely v. Easely,* 173 N. C., 530, 92 S. E., 353.

Affirmed.